NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 9 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DENISE WHITE, | No. 17-55561 |
| Plaintiff-Appellant, | D.C. No. 5:15-cv-01198-VAP-KES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, Chief Judge, Presiding

Submitted April 5, 2019**

Before: GOODWIN, FARRIS, and LEAVY, Circuit Judges.

Denise White appeals pro se the district court's judgment affirming the

Commissioner of Social Security's denial of White's applications for disability

insurance benefits and supplemental security income under Titles II and XVI of the

Social Security Act. Reviewing de novo, we may set aside a denial of benefits

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

only if it is not supported by substantial evidence, or if the administrative law judge ("ALJ") applied the wrong legal standard. *Molina v. Astrue*, 674 F.3d 1104, 1110 (9th Cir. 2012). We affirm.

The ALJ's findings concerning White's back injury are supported by substantial evidence. *See id.* at 1111 (if the record contains evidence "susceptible to more than one rational interpretation, we must uphold the ALJ's findings if they are supported by inferences reasonably drawn from the record"); *Thomas v. Barnhart*, 278 F.3d 948, 957 (9th Cir. 2002) ("The opinions of non-treating or non-examining physicians may also serve as substantial evidence when the opinions are consistent with independent clinical findings or other evidence in the record.").

**AFFIRMED**.